# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| ESMERALDA MADRID,<br><br>        Plaintiff,<br><br>        v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of the Social<br>Security Administration,<br><br>        Defendant. | Case No. EDCV 10-1288 AJW<br><br>J U D G M E N T |

**IT IS ADJUDGED** that defendant's decision is **affirmed.**

June 17, 2011

_____
ANDREW J. WISTRICH
United States Magistrate Judge